DOC NO
REC'D/FILED
2021 JUL 12 AM 10:08
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

---

DONOVAN KROSKA-FLYNN

    Plaintiff,

v.                                                  Case No. 18CV304

REED RICHARDSON *et al.*,

    Defendants,

---

## NOTICE OF APPEAL

---

Notice is hereby given that Plaintiff *Pro se* Donovan Kroska-Flynn v. Reed Richardson, Jamie Barker in the above referenced case, hereby appeals to the United States Court of Appeals for the 7th Circuit. The order that is being appealed is Summary Judgment in favor of the above-named Defendants' entered on July 2nd 2021.

Dated: July 7th 2021

*See attached issues on appeal*

Enclosures: 1 money order containing the $505.00 dollars for appeal addressed to the Clerk of Court.

                                                                   Respectfully submitted,

                                                                   Donovan Kroska-Flynn

                                                                   1528 Ogden Apt # 1

                                                                   Superior, WI 54880

                                                                   (715)-919-8088

                                                               websterfingertin@gmail.com